# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MOVE 4 LESS, LLC,<br>    Plaintiff(s),<br>v.<br>QUEEN BUSINESS SOLUTIONS, LLC, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00321-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 20, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: May 13, 2019

                                                                  Nancy J. Koppe<br>
                                                                   United States Magistrate Judge