# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MOVE 4 LESS, LLC, <br> Plaintiff(s), <br> v. <br> QUEEN BUSINESS SOLUTIONS, LLC, et al., <br> Defendant(s). | Case No.: 2:19-cv-00321-GMN-NJK <br><br> **ORDER** <br><br> (Docket No. 15) |

Plaintiff filed a status report on May 20, 2019. Docket No. 15. In the status report, Plaintiff appears to ask the Court for a stay of discovery pending settlement discussions. *Id*. at 2. However, Plaintiff fails address the relevant standard. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). Further, any request for relief must be filed as a motion or stipulation. Accordingly, to the extent Plaintiff requests a stay of discovery deadlines, that request is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2019

_____
Nancy J. Koppe
United States Magistrate Judge