# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MOVE 4 LESS, | Case No.: 2:19-cv-00321-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 18] |
| QUEEN BUSINESS SOLUTIONS, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 18. The parties ask the Court to stay all case-related deadlines to allow for a possible early resolution of the case. *Id*. at 1. The parties submit they have begun to engage in settlement discussions and request additional time to resolve the lawsuit. *Id*. at 2.

Accordingly, the Court **GRANTS** the parties' stipulation to stay discovery. Docket No. 18. The parties shall file a status report no later than July 29, 2019.

IT IS SO ORDERED.

Dated: May 29, 2019

 _____
 Nancy J. Koppe
 United States Magistrate Judge