# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MOVE 4 LESS, LLC,

    Plaintiff(s),

v.

QUEEN BUISNESS SOLUTIONS, et al.,

    Defendant(s).

Case No.: 2:19-cv-00321-GMN-NJK

**Order**

[Docket No. 21]

Pending before the Court is Third-Party Plaintiff Queen Business Solutions, LLC's motion to extend time to complete service of process on Third-Party Defendant Ronald Spinabella under Federal Rule of Civil Procedure 4(m). Docket No. 21.

Federal Rule of Civil Procedure 4 provides,

> (m) *Time Limit for Service*. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1); or to service of a notice under Rule 71.1(d)(3)(A).

. . .

. . .

. . .

. . .

1

The Court's discretion to extend time for service is broad. *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001). For good cause shown, Third-Party Plaintiff's motion to extend time under Rule 4(m), Docket No. 21, is **GRANTED**. Third-Party Plaintiff Queen Business Solutions, LLC shall complete service of process upon Third-Party Defendant Ronald Spinabella no later than August 2, 2019.

IT IS SO ORDERED.

Dated: June 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge