Michael R. Mushkin, Esq.
Nevada Bar No. 2421
L. Joe Coppedge
Nevada Bar No. 4954
MUSHKIN & COPPEDGE
4495 South Pecos Road
Las Vegas, Nevada 89121
Telephone: 702-454-3333
Fax: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Attorneys for Defendant
*Queen Business Solutions, LLC*
*d/b/a Move on Moving*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MOVE 4 LESS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUEEN BUSINESS SOLUTIONS, LLC, d/b/a MOVE ON MOVING, a Nevada limited liability company; DOES I through X, and ROE business entities I through X,<br><br>Defendants.<br><br>QUEEN BUSINESS SOLUTIONS, LLC, d/b/a MOVE ON MOVING, a Nevada limited liability company,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>DIGITAL PRODUCT MARKETING, LLC, a Nevada limited liability company; RONALD SPINABELLA, an individual; DOES I through X, and ROE business entities I through X,<br><br>Third-Party Defendants. | Case No. 2:19-cv-00321-GMN-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF PLAINTIFF'S CLAIMS

Pursuant to an agreement reached between Queen Business Solutions, LLC, d/b/a Move On Moving, ("Queen"), by and through its counsel, Michael R. Mushkin of the law firm of Mushkin & Coppedge, on the one hand, and Plaintiff Move 4 Less, LLC, ("Move 4 Less"), by and through its counsel, Mark E. Ferrario and Jason K. Hicks of the law firm of Greenberg Traurig, the Parties hereby stipulate that:

1. The Plaintiff's Claims be dismissed with prejudice, each party to bear its own costs and fees.

2. With the consent of the Court, the Court shall retain jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

IT IS SO STIPULATED.

DATED this 4th day of September 2019.    DATED this 4th day of September 2019.

**MUSHKIN CICA COPPEDGE**    **GREENBERG TRAURIG, LLP**

 /s/ Michael Mushkin    /s/ Jason Hicks
MICHAEL MUSHKIN, ESQ.    MARK E. FERRARIO, ESQ.
Nevada Bar No. 2421    Nevada Bar No. 1625
L. JOE COPPEDGE    JASON K. HICKS, ESQ.
Nevada Bar No. 4954    Nevada Bar No. 13149
4495 S. Pecos Road    10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89121    Las Vegas, Nevada 89135

*Attorneys for Defendant*    *Attorneys for Plaintiff*

## ORDER

In consideration of the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that the Plaintiff's Claims are dismissed with prejudice and each party to bear its own costs and fees.

DATED this  19  day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court