# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MOVE 4 LESS, LLC,

    Plaintiff(s),

v.

QUEEN BUSINESS SOLUTIONS, et al.,

    Defendant(s).

Case No.: 2:19-cv-00321-GMN-NJK

**Order**

To date, the parties that remain in this case have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Those parties are hereby **ORDERED** to file a joint proposed discovery plan no later than October 9, 2019.

IT IS SO ORDERED.

Dated: October 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge